UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. PEREZ,<br><br>　　　　　Defendant. | No. 2:17-cv-1384-GEB-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 23, 2017, the court issued findings and recommendations, which recommended dismissal of this action after plaintiff failed to pay the filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). ECF No. 6. On August 31, 2017, plaintiff filed objections to the findings and recommendations, stating that he is attempting to obtain a certified copy of his trust account statement from the law library. ECF No. 7. Accordingly, in an abundance of caution, the court will grant plaintiff an extension of time to file an application for leave to proceed in forma pauperis.[1]

/////

---

[1] If plaintiff continues to experience delay in obtaining a certified trust account statement, he may file a signed application for leave to proceed in forma pauperis without it. In that case, the court will direct the California Department of Corrections and Rehabilitation to submit the trust account statement directly to the court.

Accordingly, IT IS HEREBY ORDERED that plaintiff has 30 days from the date of this order to file an application for leave to proceed in forma pauperis. Should plaintiff fail to timely comply, the findings and recommendations will be submitted to the district judge for consideration.

DATED: September 12, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE