UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. PEREZ,<br><br>　　　　Defendant. | No. 2:17-cv-01384-TLN-EFB<br><br>**ORDER** |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 3, 2018, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed July 3, 2018, are adopted in full;

///

1

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 11) is DENIED;
3. Plaintiff is directed to pay the filing of $400.00 in full within fourteen days from the date of service of this order; and
4. Plaintiff is admonished that failure to timely comply will result in dismissal of this action.

IT IS SO ORDERED.

Dated: September 10, 2018

Troy L. Nunley
United States District Judge